UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:16 CR 00030-02 |
| VS. | : | JUDGE MINALDI |
| LUIS GERARDO ARPI-SUMBA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objections to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed,[1] these findings and conclusions are accepted. Alternatively, this court finds that the proposed findings of fact and conclusions of law are entirely correct. Accordingly, it is

ORDERED that the guilty plea of the defendant, Luis Gerardo Arpi-Sumba, is ACCEPTED and that he is adjudicated guilty of the offense charged in Count One of the Indictment.

Lake Charles, Louisiana, this ____ day of April, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 31 issued April 20, 2016.